**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Claude Gerald DENNIS, a/k/a G–Man,**
**a/k/a Jerry, a/k/a Jerry Lubin,**
**Defendant–Appellant.**

No. 03–6009.

United States Court of Appeals,
Fourth Circuit.

Submitted April 17, 2003.

Decided May 5, 2003.

Claude Gerald Dennis, Appellant Pro Se. Stephen Wiley Miller, David John Novak, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, MICHAEL and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Claude Gerald Dennis seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). An appeal may not be taken from the final order denying a motion under § 2255 unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue for claims addressed by a district court on the merits absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). We have independently reviewed the record and conclude that Dennis has not made the requisite showing. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 1039, 154 L.Ed.2d 931 (2003).

Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*